

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EDSON FORGUE,<br>    Petitioner | CIVIL ACTION<br>SECTION "P"<br>NO. CV10-00989 |
| VERSUS | |
| JOSEPH P. YOUNG, et al.,<br>    Respondents | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss is GRANTED and Forgue's habeas petition is DENIED AND DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 7th day of December, 2010.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT JUDGE